IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

M.T. AND A.T.,

      Appellants,

                                 Case No.  5D22-780

v.                                 LT Case No. 2021-DP-577-O

DEPARTMENT OF CHILDREN AND FAMILIES,
M.M. A/K/A M.P., AND F.P., IN RE: THE ADOPTION
OF N.T. AND R.T., CHILDREN,

      Appellees.
_____/

Decision filed July 14, 2022

Appeal from the Circuit Court
for Orange County,
Daniel Dawson, Judge.

Katie Jay, of Jay & Campbell, PLLC,
Stuart, for Appellants.

Stephanie C. Zimmerman, Deputy
Director and Statewide Director of
Appeals, of Children's Legal Services,
Bradenton, for Appellee, Department
of Children and Families.

No Appearance for Other Appellees.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.